UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-03266-MCS-MBK | Date | January 13, 2026 |
|---|---|---|---|
| Title | A.K., et al. v. Ernesto Santacruz, Jr., et al. | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

 Petitioners A.K. and G.S. filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 4, 2025. Dkt. 1. On the same day, Petitioners also filed a Motion to Proceed Under a Pseudonym ("Motion"). Dkt. 3. This Court issued an Order Requiring a Response to the Petition and the Motion on December 12, 2025. Dkt. 21. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition and Motion by January 12, 2026, and for Petitioner to file a reply by January 26, 2026. *Id.* at 2. The assigned District Judge subsequently granted a preliminary injunction in Petitioner's favor, which remains in effect. Dkt. 22.

 As of the date of this Order, Respondents have not filed a response to the Petition or the Motion. Respondents are therefore **ORDERED** to show cause why the Petition and the Motion should not be granted as unopposed. Respondents' response to this OSC is due on or before **January 20, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition and/or Motion or (2) filing a response to the Petition and the Motion in accordance with the procedures set forth in this Court's Order (Dkt. 21). If Respondents file an answer and/or opposition to the Motion, Petitioners' reply brief will be due on or before **February 3, 2026.**

**IT IS SO ORDERED.**