JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| A.K., et al., | Case No. 5:25-cv-03266-MCS-MBK |
|---|---|
| Petitioners, | |
| v. | **JUDGMENT** |
| ERNESTO SANTACRUZ Jr., et al., | |
| Respondents. | |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted.

DATED: April 29, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2